FILED IN OPEN COURT
OCT 2 4 2007
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | USDC of DE #: 07-247-M |
| | ) | |
| v. | ) | CRIMINAL NO. 2:07cr 192 |
| | ) | |
| ROBERT K. LOVELACE, | ) | 18 U.S.C. § 287 |
| | ) | False Claims |
| Defendant. | ) | (Count 1) |
| | ) | |
| | ) | 18 U.S.C. § 641 |
| | ) | Theft of Public Money |
| | ) | (Count 2) |
| | ) | |
| | ) | 18 U.S.C. § 1001(a)(3) |
| | ) | False Writing |
| | ) | (Count 3) |

FILED
DEC 1 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### INDICTMENT

OCTOBER 2007 TERM - At Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE

### GENERAL ALLEGATIONS

1. The United States Navy provides certain servicemembers a Basic Allowance for Housing (BAH) to help offset the costs of suitable housing for its members. Only certain classes of servicemembers, such as servicemembers who have dependents, are eligible for BAH. If a servicemember is eligible to receive BAH, he normally must file the appropriate paperwork at the local personnel office certifying his eligibility. Once his paperwork is properly filed, BAH is disbursed to a servicemember along with his base pay and any other pay to which he may be

entitled on a bi-monthly basis. If the servicemember's circumstances change in such a manner that he is no longer eligible to receive BAH, it is the servicemember's responsibility to return to the local personnel office and file the appropriate paperwork to discontinue the BAH payments.

2. BAH rates differ based upon geographical location, rank, and dependent status. A servicemember with dependents receives a higher BAH amount than a servicemember without dependents. Likewise, BAH rates vary greatly with geographical location and are generally calculated based upon the average cost of housing in a given geographical location. A servicemember with dependents who reside in a different geographical location may receive the BAH rate for the location where his dependents reside. At all times relevant to this indictment, the New York, NY area BAH with dependents rate was higher than the Norfolk, VA area BAH with dependents rate.

3. The United States Navy also provides certain servicemembers a Continental United States Cost of Living Adjustment (CONUS COLA). CONUS COLA is compensation for a portion of excess costs for non-housing expenses incurred in areas that exceed the costs in an average U.S. military location by more than 8%. CONUS COLA eligibility is based strictly upon geographic duty location and a servicemember with dependents who reside in a CONUS COLA geographical location is eligible to receive CONUS COLA even if his duty station zip code is not eligible. At all times relevant to this indictment, the New York, NY area was a CONUS COLA eligible geographic location while the Norfolk, VA area was not.

## FALSE CLAIM

4. On or about February 14, 2003, at Norfolk, Virginia, in the Eastern District of Virginia, defendant ROBERT K. LOVELACE made and presented to the United States Navy a

claim upon and against the United States Department of the Navy, a department of the United States, that is, a claim for BAH at the New York, New York rate and a claim for CONUS COLA, knowing that the claim was false, fictitious, and fraudulent in that he was only entitled to receive BAH at the Norfolk, Virginia rate and not entitled to receive CONUS COLA.

(In violation of Title 18, United States Code, Section 287.)

## COUNT TWO

1. The general allegations contained in paragraphs 1 - 3 of Count One are hereby realleged and incorporated by reference below, as if fully set forth therein.

2. From in or about January 2003 and continuing through in or about March 2007, the exact dates being unknown, at Norfolk, Virginia, in the Eastern District of Virginia, defendant ROBERT K. LOVELACE did willfully and knowingly embezzle, steal, and purloin property of the United States in excess of $1,000.00, to wit: approximately $57,929.71 in United States currency from the Department of the Navy, by wrongfully and knowingly claiming BAH and CONUS COLA at the New York, New York rate, when he was only entitled to receive BAH at the Norfolk, Virginia rate and was not entitled to receive CONUS COLA.

(In violation of Title 18, United States Code, Section 641.)

## COUNT THREE

1. The general allegations contained in paragraphs 1 - 3 of Count One are hereby realleged and incorporated by reference below, as if fully set forth therein.

2. On or about December 20, 2004, in Norfolk, Virginia, in the Eastern District of Virginia, in a matter within the jurisdiction of the Department of the Navy, an agency within the Department of Defense, a department of the United States, defendant ROBERT K. LOVELACE

3

did knowingly and willfully make and use a materially false writing and document by signing his name and certifying that a NAVPERS form 1070/602, Dependency Application/Record of Emergency Data was true, knowing the same to be false, that is, defendant knowingly and willfully signed and certified this document falsely indicating that his wife, Vanessa Lee Hipp, resided at 222 Patchen Avenue, Brooklyn, New York 11233, when the defendant knew that she in fact resided with him at 478 Mariner's Way, Apt. A, Norfolk, Virginia 23503.

(In violation of 18 United States Code, Section 1001(a)(3).)

REDACTED COPY

United States v. Robert K. Lovelace
Criminal No. 2:07cr **192**

A TRUE BILL:

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
FOREPERSON

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: _____
Joseph L. Kosky
Special Assistant U.S. Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number (757) 441-6331
Facsimile Number (757) 441-3205
E-Mail Address - joseph.kosky@usdoj.gov

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

5