AO 467 (1/86) Order Holding Defendant

# United States District Court

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA

v.

Robert K. Lovelace,

**ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION**

Case Number: 07-247-M

Charging District Case Number: 2:07cr192



FILED
DEC 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the Eastern District of Virginia; and shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) U.S. Courthouse 600 Grenby St.,
Place and Address
Norfolk, VA 23510 on ~~TBD~~ Tuesday, January 9, 2008 at 9:00 A.m.
Date and Time

12/18/07
Date

Signature of Judicial Officer

Honorable Mary Pat Thynge U.S. Magistrate
Name and Title of Judicial Officer