OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE RECEIVED

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

2007 DEC 21 P 1: 19

December 18, 2007

RE:  **USA v. Robert K. Lovelace**
     **Case No.: 07-247-M**

Dear Clerk:

   Enclosed please find the original record together with a
certified copy of the docket entries in the above referenced case.

   Please acknowledge receipt of the documents on the enclosed
duplicate of this letter.

                                    Sincerely,

                                    Ronald Golden
                                    Deputy Clerk

/rpg
enclosure


I hereby acknowledge receipt of the record in the above
referenced case on _____12/21/07_____.
                         (date)

_____
        Signature

_____
        Title

2007 DEC 28 PM 1: 34

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE